NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY L. LAVIN,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No.  2D17-3542
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed May 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

Gregory L. Lavin, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, CRENSHAW, and SALARIO, JJ., Concur.